Lemont National Bank, a Banking Corporation, Plaintiff-Appellee, v. William Boza, Walter Alex Boza, and Edward Boza, Defendants-Appellants.

Gen. No. 49,618. ▮▮▮▮▮▮▮▮▮▮

First District, Second Division.

October 5, 1965.

▮▮▮▮▮▮ M. A. Bishart and Henry T. Synek, of Chicago, for appellants; Louis W. Mack, Richard F. Watt, and David R. Kentoff, of Chicago (Louis W. Mack, and Cotton, Watt, Rockler & Jones, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.